IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| EARL C. SUICO | ) | CASE NO. 05-25800 |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

APPLICATION OF TRUSTEE'S ATTORNEY FOR AWARD
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO: THE HONORABLE JOHN SQUIRES
U.S. BANKRUPTCY JUDGE

DAVID R. BROWN and SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC., duly approved and employed attorneys for the Trustee herein, hereby submits their application for award of compensation and reimbursement of expenses, and in support thereof, would respectfully show the Court as follows:

1. This case is currently pending under Chapter 7 of the Untied States Bankruptcy Code, and David R. Brown is the duly appointed and qualified Trustee herein.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

3. This request for relief is predicated on Section 330 of the Bankruptcy Code.

4. On September 9, 2005, this Court entered an Order approving employment of David R. Brown and Springer, Brown, Covey, Gaertner & Davis, LLC as attorneys for the Trustee.

5. Prior to the date of this Application, Applicant provided certain actual and necessary legal services to the Trustee and to the estate, the general nature of which is herein described, and the details of which are set forth in the itemization attached hereto and made a part hereof.

6. The general nature of the legal services provided herein by Applicant is as follows:

**LITIGATION:**

The principal asset in this estate was an alleged fraudulent conveyance of Debtor's interest in his former residence to his estranged wife, Gualberta Suico. Counsel assisted Trustee by preparing and prosecuting an Adversary Proceeding to avoid the transfer of Debtor's interest in that residence to his estranged wife. Ultimately the adversary was settled for the sum of $12,000. Counsel also prepared and filed the necessary paperwork to obtain approval of that settlement **For services in connection with this matter, counsel expended 12.10 hours and seeks compensation therefore in the amount of $3,472.50.**

**FEE\EMPLOYMENT APPLICATIONS:** Preparation of employment and fee applications for self or others; motions to establish interim procedures.

Counsel assisted Trustee in preparing and presenting pleadings necessary for the retention of attorneys. Counsel further prepared this fee application. **Counsel expended 1.90 hours in connection with the foregoing, and seeks compensation therefore in the amount of $665.00.**

7. David R. Brown, whose billing rate for such services is $350 per hour, and Christopher Hales, whose billing rate for such services is $225 per hour, performed all of the services rendered by Applicant. Time records for such services are maintained on a contemporaneous basis, and are subsequently reviewed to eliminate apparently unproductive or insufficiently documented time charges. Time is recorded on a tenth-of-an-hour basis. Therefore, the charges for which compensation is sought represent actually spent, "hard-core" time devoted to this case.

8. The compensation rates charged by Applicant are comparable to those charged by other practitioners of similar standing, skill and experience in cases of equal complexity. David R. Brown is a 1978 graduate of the University of Chicago Law School, an attorney and former

acting Assistant United States Trustee in the Office of the United States Trustee for the Northern District of Illinois, and a twenty year panel trustee. Chris Hales is an associate with five years of experience and is a member of the Federal Trial Bar.

9. The services rendered by Applicant were necessary services that have benefited this estate by providing funds to distribute to creditors and enabling the Trustee to perform his statutory duties.

10. Based upon the nature, extent and value of the services performed by Applicant and the cost of comparable services other than in a case under this Title, the reasonable compensation for such services is $4,137.50, and Applicant should be awarded compensation in that amount for the legal services rendered by him in this case.

8. At all times while employed as attorney for the Trustee, Applicant was a disinterested person, neither representing nor holding an interest adverse to the interest of this estate with respect to the matters on which Applicant was employed.

**WHEREFORE**, Applicant prays that after notice and a hearing, he be awarded reasonable compensation and reimbursement of actual and necessary expenses for legal services rendered in this case.

                        SPRINGER, BROWN, COVEY, GAERTNER
                        & DAVIS, LLC.

                        /s/ David R. Brown /s/
                        _____

David R. Brown
Atty No. 3122323
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Road
Wheaton, IL 60187
(630) 510-0000

MATTER OF EARL C. SUICO

| DATE | DESCRIPTION | LAWYER | HOURS | AMOUNT |
|---|---|---|---|---|
| **LITIGATION:** | | | | |
| 9/15/05 | Review Affidavit of Gualberta Suico and prepare draft adversary complaint to avoid fraudulent conveyance | DRB | 1.8 | $630.00 |
| 9/26/05 | Revise and file Complaint to avoid fraudulent conveyance against Gualberta Suico | DRB | 1.4 | $490.00 |
| 11/7/05 | Court re: initial status (no answer filed - status reset) | DRB | 0.4 | $140.00 |
| 12/8/05 | Review Answer filed by Doerr on behalf of Gualberta Suico | DRB | 0.5 | $175.00 |
| 12/16/05 | Status on adversary -preliminary pretrial dates set | DRB | 0.4 | $140.00 |
| 3/3/06 | Meeting with partner DRB regarding status of case | CJH | 0.4 | $90.00 |
| 3/17/06 | Review of of file in preparation of taking on case from DRB and drafting pretrial statement | CJH | 1.2 | $270.00 |
| 3/17/06 | Drafting first draft of "pretrial statement" | CJH | 1.5 | $337.50 |
| 3/17/06 | Telephone calls with opposing counsel re pretrial, potential settlement | CJH | 0.5 | $112.50 |
| 3/17/06 | Drafting final revisions to "pretrial statement" | CJH | 0.6 | $135.00 |
| 3/24/06 | Preparation for pretrial hearing at the DuPage County CH, including casefile and electronic docket review | CJH | 0.3 | $67.50 |
| 3/24/06 | Attendance at "Pretrial Hearing" at the DuPage County CH | CJH | 0.7 | $157.50 |
| 3/24/06 | Preparation for pretrial conference by reviewing casefile and electronic docket | CJH | 0.4 | $90.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 3/24/06 | Attendance at pretrial conference at the DuPage County CH, including travel times | CJH | 0.5 | $112.50 |
| 5/5/06 | Draft, file and serve Motion to Compromise Adversary | DRB | 1.2 | $420.00 |
| 6/2/06 | Court hearing on Compromise (approved) | DRB | 0.3 | $105.00 |
| | **Category Total:** | | 12.1 | $3,472.50 |

### RETENTION/COMPENSATION OF PROFESSIONALS:

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 8/24/05 | Draft, file and serve Motion to Retain Counsel | DRB | 0.5 | $175.00 |
| 9/9/05 | Hearing on retention of counsel | DRB | 0.4 | $140.00 |
| 1/9/07 | Prepare final fee petition | DRB | 1.0 | $350.00 |
| | **Category Total:** | | 1.9 | $665.00 |
| | **TOTAL FEES:** | | | **$4,137.50** |