IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| SUICO, EARL C | ) | CASE NO. 05-25800-SQU |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: COURTROOM 2000
   DUPAGE COUNTY COURTHOUSE
   505 NORTH COUNTY FARM ROAD
   WHEATON, IL. 60187

   On: April 13, 2007          Time: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                          $12,079.42

   Disbursements                                          $0.00

   Net Cash Available for Distribution               $12,079.42

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| DAVID R. BROWN<br>TRUSTEE COMPENSATION | $0.00 | $1,957.94 | $0.00 |
| CLERK, UNITED STATES BANKRUPTCY COU<br>CLERK OF THE COURT COSTS | $0.00 | $0.00 | $150.00 |
| SPRINGER, BROWN<br>ATTORNEY FOR TRUSTEE | $0.00 | $4,137.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $21,030.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 27.7402% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | SCOTT, SMC C/O CARSON PIRIE | $358.29 | $157.91 |
| 000002 | T-MOBILE USA INC | $963.90 | $424.83 |
| 000003 | WORLDWIDE ASSET PURCHASING, LLC | $10,475.56 | $4,616.97 |
| 000004 | CITIBANK USA NA | $1,439.11 | $634.27 |
| 000005 | AMERICREDIT | $7,793.92 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor (has or has not) been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | |

Dated: February 23, 2007                                          For the Court,

By:   KENNETH S GARDNER
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

| | |
|---|---|
| Trustee: | David R. Brown |
| Address: | 400 South County Farm |
| | Wheaton, IL  60187 |
| Phone No.: | (630) 510-0000 |

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1           User: amcc7              Page 1 of 1          Date Rcvd: Feb 23, 2007
Case: 05-25800                 Form ID: pdf002          Total Served: 22


The following entities were served by first class mail on Feb 25, 2007.
 db           +Earl C Suico,    1608 Palomino Drive,    Aurora, IL 60502-9667
 aty          +David R Brown,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
                Suite 330,    Wheaton, IL 60187-4547
 aty          +Joseph Shun Ravago,    Ravago & Associates, LLC,    5757 N. Lincoln Ave,    Suite 19,
                Chicago, IL 60659-4729
 aty          +Richard F Doerr,    Steven H Mevorah & Associates,    134 North Bloomingdale Road,
                Bloomingdale, IL 60108-1017
 tr           +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
                Suite 330,    Wheaton, IL 60187-4547
 res          +GUALBERTA B. SUICO,    1105 ANDOVER COURT,    GLENDALE HEIGHTS, IL 60139-4522
9508943     ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit,     POB 183853,    Arlington, TX 76096-3853)
9508944      +Benificial/ HFC,    961 Weigel Drive,    Elmhurst, IL 60126-1058
9508948       CBUSA,   CCS Gray OPS Center,    Gray, TN 37615
9508949      +CC Visa,    225 Chastain Meadows CT,    Kennesaw, GA 30144-5841
9508945      +Capital One,    3901 Dallas Parkway,    Plano, TX 75093-7864
9508946      +Capital One Bank,    10800 Nuckols Road,    Glen Allen, VA 23060-6207
9508950      +Chase,    4915 Independence Parkway,    Tampa, FL 33634-7518
10648893     +Citibank USA NA,    DBA The Home Depot,    PO Box 9025,    Des Moines, IA 50368-9025
9508951      +Direct Merchant Bank,    16430 N. Scottsdale Road,    Scottsdale, AZ 85254-1627
9508952      +HBC/CARSN,    P.O. Box 10327,    Jackson, MS 39289-0327
9508953      +HSBC NV,    1441 Schilling Place,    Salinas, CA 93901-4543
9508942      +Ravago & Associates,    5757 N Lincoln Ave Suite 19,    Chicago, IL 60659-4729
10570933     +SMC c/o Carson Pirie Scott,    BOX 19249,    SUGARLAND TX 77496-9249
9508954      +T-Mobil,    P.O. Box 742596,    Cinnnati, OH 45274-2596
10588193      T-Mobile USA Inc,    Attn Bankruptcy Dept,    PO Box 53410,    Bellevue, WA 98015-3410
10592327     +Worldwide Asset Purchasing, LLC,    c/o West Asset Management, Inc,    PO Box 672047,
                Marietta GA 30006-0035
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9508947*     +Capital One Bank,    10800 Nuckols Road,    Glen Allen, VA 23060-6207
9508941*     +Earl C Suico,    1608 Palomino Drive,    Aurora, IL 60502-9667
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2007**                              **Signature:** *Joseph Speetjens*