Case 05-25800   Doc 33-1   Filed 04/24/07   Entered 04/24/07 16:24:24   Desc
Order(s) Awarding Compensation    Page 1 of 2
05-25800:26.1:Application for Compensation:Proposed Order Entered: 2/16/2007 3:00:33 PM by:David Brown Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| SUICO, EARL C | ) | CASE NO. 05-25800-SQU |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## ORDER AWARDING TRUSTEE'S COUNSEL COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the requests of Springer, Brown, Covey, Gaertner & Davis, LLC for the allowance of final fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Counsel's final requests for the allowance of fees and expenses are allowed as follows:

1.  Attorney for the Trustee

    a.  Compensation                                $4,137.50
    b.  Expenses                                    $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 2007.

ENTERED:

APR 1 3 2007

_____
UNITED STATES BANKRUPTCY JUDGE

05-25800:25.1:Application for Compensation:Proposed Order Entered: 2/16/2007 2:57:22 PM by:David Brown Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| SUICO, EARL C | ) | CASE NO. 05-25800-SQU |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## ORDER AWARDING TRUSTEE COMPENSATION AND EXPENSES
## AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

1. Trustee's compensation $1,956.92

2. Trustee's expenses $0.00

TOTAL $1,956.92

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of ____April____, 2007.

ENTERED:

APR 1 3 2007

UNITED STATES BANKRUPTCY JUDGE